IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAD FREEMAN, NICK SALEM AND JASON MEINEN | § § § § | |
| *Plaintiffs,* | § § | |
| V. | § | CAUSE NO. 4:18-cv-01265 |
| CALCON MUTUAL MORTGAGE, LLC D/B/A ONETRUST HOME LOANS | § § § § | |
| *Defendant.* | § § | |

**CERTIFICATE OF INTERESTED PARTIES BY DEFENDANT CALCON MUTUAL MORTGAGE, LLC**

Defendant CalCon Mutual Mortgage, LLC d/b/a OneTrust Home Loans files this Certificate of Interested Parties, identifying all persons and entities, which it believes to have a financial interest in the outcome of this litigation:

1. Plaintiffs

   a. **Chad Freeman**
      **Nick Salem**
      **Jason Meinen**
      c/o Melina B. Cain, Lee Keller King
      CAIN KING
      416 Westheimer
      Houston, TX 77006
      Tel: 713-623-8200
      Fax: 713-623-8400

2. Defendant

   a. **CalCon Mutual Mortgage, LLC d/b/a OneTrust Home Loans**
      c/o Michael P. Fleming, Audrey Manito
      MICHAEL P. FLEMING & ASSOC., P.C.
      1345 Campbell Road, Suite 100
      Houston, TX 77055
      Tel: 713-221-6800
      Fax: 713-221-6806

Respectfully submitted,

MICHAEL P. FLEMING & ASSOC., P.C.

By:*/s/ Michael P. Fleming*
Michael P. Fleming
FBN: 8767
TBN: 07130600
mfleming@flemingattorneys.com
1345 Campbell Road, Suite 100
Houston, Texas 77055
713-221-6800
713-221-6806 (fax)
**Attorney-in-Charge for Defendant**

OF COUNSEL:

Audrey Manito
FBN: 1410003
TBN: 24078815
amanito@flemingattorneys.com
MICHAEL P. FLEMING & ASSOC., P.C.
1345 Campbell Road, Suite 100
Houston, Texas 77055
713-221-6800
713-221-6806 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of April 2018, a true and correct copy of the foregoing was served pursuant to Fed. R. Civ. P. 5(b) on all parties of record as follows:
Melina B. Cain
Lee Keller King
CAIN KING
416 Westheimer
Houston, TX 77006
*Attorney for Plaintiff*

*/s/ Audrey Manito*
Audrey Manito